**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Henry McKinley SCOTT, Defendant—**
**Appellant.**

**No. 04–6970.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 9, 2004.

Decided Sept. 16, 2004.

Henry McKinley Scott, Appellant pro se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Henry McKinley Scott appeals the district court's order denying his motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Scott,* No. CR–00–98 (E.D.Va. Apr. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED*